# United States District Court
# Central District of California

| | |
|---|---|
| ANTHONY STISSI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAG FUND, LLC; LEO FASEN; VINCENT J. QUIGG; STEWART TITLE GUARANTY COMPANY; EBS ESCROW; AND DOES 1–80,<br><br>　　　　Defendants. | Case No. 5:17-cv-00534-ODW-PLA<br><br>**ORDER TO SHOW CAUSE RE. FAILURE TO COMPLY WITH RULE 26(f)** |

A Scheduling Conference in this action is set for September 18, 2017. As required by the Federal Rules of Civil Procedure, the parties are required to submit a Joint Rule 26(f) Report no later than 7 days prior to the Scheduling Conference. Thus, a Joint Rule 26(f) Report was due Monday, September 11, 2017. To date, no report has been filed by the parties.

Accordingly, the Scheduling Conference is **CONTINUED** to October 2, 2017. The Court **ORDERS** the parties **TO SHOW CAUSE in writing no later than Monday, September 25, 2017,** why they have failed to timely comply with the Federal Rules of Civil Procedure and this Court's Order. The Court will discharge this Order and vacate the Scheduling Conference upon the filing of a satisfactory Rule 26(f) Report. Failure to respond to this Order may result in dismissal of this action for lack of prosecution.

**IT IS SO ORDERED.**

September 13, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**